FOUR-G CORPORATION, PLAINTIFF-PETITIONER, v. SE-BASTIAN RUTA, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 45 *N. J. Super.* 128.

*Mr. Daniel Parke Lieblich* for the petitioner.

September 16, 1957.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MEYER JONAS COLMER, DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 236.

*Messrs. Toolan, Haney & Romond* and *Mr. Sam Weiss* for the petitioner.

*Mr. H. Russell Morss, Jr., Mr. Hyman Isaac* and *Mr. Cuddie E. Davidson, Jr.,* for the respondent.

September 16, 1957.   Denied.